**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| **ANTHONY GREGG, in his individual capacity,** | Case No. 3:22-cv-01218-MGL |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING JURY SELECTION AND TRIAL** |
| **AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS, an Illinois non-profit corporation, and the ACMG FOUNDATION FOR GENETIC AND GENOMIC MEDICINE, an Illinois non-profit corporation, and MARC WILLIAMS, in his individual capacity, and MAXIMILIAN MUENKE, in his individual capacity,** | |
| Defendants. | |

The parties hereby submit the Joint Status Report Regarding Jury Selection and Trial in this matter.

Respectfully submitted,

**ROBINSON GRAY STEPP & LAFFITTE, LLC**

BY: /s/ Monteith P. Todd_____
      Monteith P. Todd
      Fed Bar No. 3125
      mtodd@robinsongray.com
      2151 Pickens Street, Suite 500
      Columbia, South Carolina 29201
      (803) 929-1400

      **HEMMER WESSELS MCMURTRY, PLLC**

      Todd V. McMurtry (admitted *PHV*)
      tmcmurtry@hemmerlaw.com
      J. Will Huber (admitted *PHV*)
      whuber@hemmerlaw.com
      Steven A. Taylor (admitted *PHV)*
      staylor@hemmerlaw.com
      250 Grandview Drive, Suite 500
      Fort Mitchell, Kentucky 41017
      Phone: (859) 344-1188
      Fax: (859) 578-3869

*Trial Attorneys for Plaintiff,*
*Dr. Anthony Gregg*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

BY: /s/ Matthew D. Patterson
      Matthew D. Patterson
      Federal Bar No. 7788
      Matt.patterson@nelsonmullins.com
      Yasmeen Ebbini
      Federal Bar No. 13755
      Yasmeen.ebbini@nelsonmullins.com
      1320 Main Street / 17th Floor
      Columbia, SC  29201
      (803) 799-2000

      Gerard D. Kelly
      Croke Fairchild Duarte & Beres
      gkelly@crokefairchild.com
      180 North LaSalle St., Suite 3400
      Chicago, IL  60601
      (312) 493-8149
      *Admitted Pro Hac Vice*

*Attorneys for Defendants, American College of Medical Genetics and Genomics, ACMG Foundation for Genetic And Genomic Medicine, Marc Williams, and Maximilian Muenekee*

Columbia, South Carolina

February 24, 2025