# Lewis Joint Status Report Regarding Jury Selection and Trial

**Plaintiff(s):**
Anthony Gregg

**Defendant(s):**
American College of Medical Genetics and Genomics; ACMG Foundation for Genetic and Genomic Medicine; Marc Williams; Maximilian Muenke

**Cause of Action Number(s):**
3:22-cv-01218-MGL

**Date filed:**
April 14, 2022

**Plaintiff's Attorney(s) (specifying which attorney is representing which Plaintiff):**
Todd V. McMurtry; Montieth P. Todd; Steven A. Taylor; and J. Will Huber

**Defendant's Attorney(s) (specifying which attorney is representing which Defendant):**
Matt Patterson; Yasmeen Ebbini; and Gerard Kelly

**Locale where dispute arose:**
Columbia, South Carolina

**Date when dispute arose:**
April 16, 2021

**Brief non-argumentative synopsis of the case (should be suitable to read to the jury venire):**
See Exhibit 1, attached.

**Pending Motions:**
Defendants' motion for summary judgment. The parties' respective motions in limine.

**Has this case already been continued?** No    **If yes, how many times?** N/A

**Requests for Protection:**
See Plaintiff's Request for Protection (Doc. 144) and Defendants' Request for Protection (Doc. 143), which are hereby incorporated by reference.

**Length of Trial and Three Agreed Upon Preferred Dates for the Trial During this Term of Court:**
See Exhibit 1, attached.

**Has this case been mediated?** Yes    **Please provide relevant dates.** 4/24/2023; 7/7/2023

/s/ Monteith P. Todd    /s/ Matt Patterson

**Counsel for Plaintiff**    **Counsel for Defendant**