**Exhibit 1**
**Judge Lewis' Joint Status Report Regarding Jury Selection and Trial**

1.      **Brief non-argumentative synopsis of the case**

This lawsuit was brought by Dr. Anthony Gregg, a physician and former President of the American College of Medical Genetics and Genomics ("ACMG"), against the ACMG, the ACMG Foundation for Genetic and Genomic Medicine, Dr. Marc Williams, and Dr. Maximilian Muenke. This case involves allegations of breach of contract, defamation, defamation by implication, false light, and intentional infliction of emotional distress. During a Q&A session at ACMG's 2021 Annual Meeting, Dr. Gregg used the phrase "yellow people" while advocating for the expansion of pre-natal carrier screening to people of all backgrounds. Dr. Gregg admits that he made a "poor choice of words," but he contends that the Defendants reacted improperly by making statements disavowing Dr. Gregg's use of that phrase. Dr. Gregg contends that the Defendants' statements resulted in significant harm to his personal and professional reputation, emotional well-being, and professional prospects. Dr. Gregg seeks compensatory and punitive damages, along with attorneys' fees and other relief. As set forth in its pending summary judgment motions, Defendants deny all allegations of wrongdoing and believe Dr. Gregg's claims should be dismissed with prejudice.

2.      **Length of Trial and Three Agreed Upon Preferred Dates for the Trial During this Term of Court**

The parties estimate that the trial of this matter will last approximately 8 to 10 days. The parties are available to conduct this trial during any consecutive 8-to-10-day period between May 9 and May 23, 2025. Plaintiff has personal obligations to attend both a high school and college graduation for two of his children on May 8 and 20. Were the trial scheduled on either of those days, he would need to be absent. Defendants should be generally available during this window, although individual Defendant Marc Williams may not be able to attend the entire trial. The parties will attempt to work through any scheduling conflicts during this timeframe.