UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY GREGG, in his individual capacity,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS**, an Illinois non-profit corporation, and the **ACMG FOUNDATION FOR GENETIC AND GENOMIC MEDICINE**, an Illinois non-profit corporation, and **MARC WILLIAMS**, in his individual capacity, and **MAXIMILIAN MUENKE**, in his individual capacity,<br><br>**Defendants.** | Case No. 3:22-cv-01218-MGL<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED by and between the parties that the First Amended Complaint in this matter should be, and hereby is, dismissed with prejudice, with each side to bear its own costs.

| For the Plaintiff: | For the Defendant: |
|---|---|
| ROBINSON GRAY STEPP & LAFFITTE LLC | NELSON MULLINS RILEY & SCARBOROUGH LLC |
| BY: s/ Monteith P. Todd | BY: s/ Matthew D. Patterson |
| Monteith P. Todd<br>Federal Bar No. 3125<br>mtodd@robinsongray.com<br>Post Office Box 11449<br>Columbia, SC  29211<br>(803) 929-1400 | Matthew D. Patterson<br>Federal Bar No. 7788<br>matt.patterson@nelsonmullins.com<br>Yasmeen Ebbini<br>Federal Bar No. 13755<br>yasmeen.ebbini@nelsonmullins.com<br>1320 Main Street, 17th Floor<br>Post Office Box 11070<br>Columbia, SC  29201<br>(803) 799-2000 |

| | |
|---|---|
| Todd V. McMurtry (admitted PHV)<br>tmcmurtry@hemmerlaw.com<br>J. Will Huber (admitted PHV)<br>whuber@hemmerlaw.com<br>HEMMER WESSELS MCMURTRY PLLC<br>250 Grandview Drive, Suite 500<br>Fort Mitchell, KY  41017<br>(859) 344-1188<br><br>*Counsel for Plaintiff, Dr. Anthony Gregg* | Gerard D. Kelly (Admitted PHV)<br>gkelly@crokefairchild.com<br>CROKE FAIRCHILD DUARTE & BERES<br>180 North LaSalle Street, Suite 3400<br>Chicago, IL  60601<br>(312) 493-8149<br><br>*Counsel for Defendants, American College of Medical Genetics and Genomics, ACMG Foundation for Genetic and Genomic Medicine, marc Williams, and Maximilian Muenke* |

2